**United States District Court**
For the Northern District of California

1

2

NOT FOR CITATION

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

MOHAMMAD YOUNAS

NO: CV 08-02553 WDB

7

Plaintiff,

v.

**ORDER REGARDING FAILURE TO E-FILE DOCKET NO. 1.**

8

9

ANNE W. PATTERSON

10

Defendant.

_____/

11

12

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,

13

Section VI of which requires that all documents in such a case be filed electronically. Our docket

14

reflects that the Complaint, docket #1, was not filed electronically.

15

IT IS HEREBY ORDERED that counsel for Plaintiff e-mail the above mentioned document

16

to the Court in Portable Document Format ("PDF") format within 10 days, as an attachment in an

17

*e-mail* message directed to the judges chamber's "PDF" email box listed at

18

http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do

19

*not* e-file a document which has been previously filed on paper, as is the case with the above

20

mentioned filing. All subsequent papers should be e-filed.

21

Failure to comply with this order may result in the imposition of monetary or other sanctions

22

on a daily basis until the failure to comply with the General Order has been remedied.

23

General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

24

become an ECF User and be assigned a user ID and password for access to the system upon

25

designation of the action as being subject to ECF."

26

Dated: June 19, 2008

27

United States Magistrate Judge

28