ASHWANI K. BHAKHRI, ESQ., S.B. #163521
LAW OFFICES OF ASHWANI K. BHAKHRI
1290 Bayshore Highway, Suite 255
Burlingame, CA 94010
(650) 685-6334

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD YOUNAS,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　NO: CV 08-02553 WDB
v.　　　　　　　　　　　　　　　　　)　(PROPOSED) ORDER ON MOTION
　　　　　　　　　　　　　　　　　　)　TO CONTINUE INITIAL CASE
ANNE W. PATTERSON,　　　　　　　　)　MANAGEMENT CONFERENCE
　　　　　　　　　　　　　　　　　　)
Defendant.　　　　　　　　　　　　　)
_____ )
　　　　　　　　　　　　　　　　　　)

　　　On the motion of plaintiff, Mohammad Younas, to continue the Case Management Conference, scheduled for August 26, 2008, at 4:00p.m., and good cause appearing,

　　　IT IS HEREBY ORDERED that the Case Management Conference be continued to _October 30, 2008_, 2008, at _4:00 p.m._, in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, California, 94618.

Dated: _August 28, 2008_　　　　　　　_/s/ Wayne D. Brazil_