ASHWANI K. BHAKHRI, ESQ. (SBN163521)
LAW OFFICES OF ASHWANI K. BHAKHRI
1290 Old Bayshore Hwy., Ste. 255
Burlingame, CA 94010
(650) 685-6334

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD YOUNAS,

        Plaintiff,

  vs.

ANNE W. PATTERSON, et al.,

        Defendants

_____/

NO. CV 08-2553 WDB

PROPOSED ORDER ON REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

ON THE request of plaintiff to continue the case management conference, scheduled for October 30, 2008, at 4:00 p.m., in Courtroom 4, and good cause appearing,

IT IS HEREBY ORDERED that the case management conference is continued to January 8, 2009, at 4:00 p.m.

Dated:

_____
Magistrate JUDGE OF THE DISTRICT COURT
Wayne D. Brazil