|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

MOHAMMAD YOUNAS,  )
                                          ) No. C 08-2553 SBA
      Plaintiff,  )
                                          )
      v.  ) **STIPULATION TO EXTEND DATE OF**
                                          ) **CASE MANAGEMENT CONFERENCE**
ANNE W. PATTERSON, U.S. Ambassador in  ) **AND ORDER**
Pakistan; DON NEUFELD, Director, California  ) [Docket No. 14]
Service Center; MICHAEL CHERTOFF,  )
Secretary of the Homeland Security;  )
MICHAEL MUKASEY, Attorney General  )
of the United States; and Does 1 thru 50,  )
                                          )
      Defendants.  )
_____ )

The parties have stipulated to the following:

1. Plaintiff filed this action on or about May 20, 2008. The United States Attorney's Office was not served until November 10, 2008.

2. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                       January 9, 2009

Last day to file Joint ADR Certification:                   January 15, 2009

Last day to file/serve Joint Case Management Statement:   January 22, 2009

IT IS HEREBY ORDERED THAT the Case Managment Conference is set for **February 4, 2009, at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Stipulation to Extend
C08-2553 SBA                                                      1

1  IT IS SO ORDERED.
2
3
4  Date:   12/12/08                           *Saundra B Armstrong*
5                                              SAUNDRA B. ARMSTRONG
6                                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Extend
C08-2553 SBA                                  2