1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12 MOHAMMAD YOUNAS,                    )
                                       )   No. C 08-2553 SBA
13              Plaintiff,             )
                                       )
14        v.                           )   SECOND STIPULATION TO EXTEND
                                       )   DATE OF CASE MANAGEMENT
15 ANNE W. PATTERSON, U.S. Ambassador in )  CONFERENCE; AND ORDER
   Pakistan; DON NEUFELD, Director, California )
16 Service Center; MICHAEL CHERTOFF,   )
   Secretary of the Homeland Security; )
17 MICHAEL MUKASEY, Attorney General   )
   of the United States; and Does 1 thru 50, )
18                                     )
                Defendants.            )
19 _____ )

20      The Plaintiff, by and through his attorney of record, and Defendants by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the date of the

22 case management conference, currently scheduled for February 4, 2009, to April 1, 2009, in light of

23 the reasonable possibility that this case may be administratively resolved in the next two months.

24      The parties propose the following revised schedule:

25      Last day to file Defendants' Answer:            March 6, 2009

26      Last day to file Joint ADR Certification:       March 13, 2009

27      Last day to file/serve Joint Case Management Statement:   March 20, 2009

28      Case Management Conference:                     April 1, 2009, at 2:45 p.m. via

Second Stipulation to Extend
C08-2553 SBA                          1

telephone.

Date: January 9, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
ASHWANI K. BHAKHRI
Attorney for Plaintiff

Date: January 9, 2009

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:1/13/09

SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/s/) within this efiled document.

Second Stipulation to Extend
C08-2553 SBA                    2