1  JOSEPH P. RUSSONIELLO, 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-7169

7  Attorneys for Defendants

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                OAKLAND DIVISION
11

12 MOHAMMAD YOUNAS,               )    No. C 08-2553-SBA
                                  )
13      Plaintiff,                )    **STIPULATION TO DISMISS; AND ORDER**
                                  )
14      v.                        )
                                  )
15 ANNE W. PATTERSON, U.S.        )
   Ambassador in Pakistan, et al.,)
16                                )
        Defendants.               )
17 _____ )

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-captioned

20 case without prejudice in light of the fact that the Department of State has agreed to process the

21 Naz Iram's visa application.

22     Each of the parties shall bear their own costs and fees.

23

24

25

26

27

28

STIPULATION TO DISMISS AND [PROPOSED] ORDER
C 08-2553-SBA                                  1

1 | Date: March 5, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Date:  March 5, 2009

/s/
ASHWANI K, BHAKHRI
LAW OFFICES OF ASHWANI K. BHAKHRI
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  3/6/09

_____
SAUNDRA B. ARMSTRONG
United States District Judge

STIPULATION TO DISMISS AND [PROPOSED] ORDER
C 08-2553-SBA                                   2